UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **07CR 719** |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Arlander Keys |
| YASIN YASIN | ) | |

### ORDER

This matter comes before the Court on the government's Motion to Seal Affidavit and Application in Arrest Warrant. It is hereby ordered that:

The Motion is granted and the Affidavit and Application in Support of Search Warrant in the above captioned case are ordered sealed until 5:00 p.m. on December 1, 2007 or until such earlier time as directed by the Court.

_Arlander Keys_
Arlander Keys
U.S. Magistrate Judge

Dated: 11/1/07