## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 719 2 | **DATE** | 11/2/2007 |
| **CASE TITLE** | USA vs. Yasin Yasin | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held.  Defendant appears in response to arrest on 11/2/07 .
The defendant is informed of his rights.  Enter order appointing  Gerald Collins    as counsel for defendant.
Detention hearing and Preliminary examination set for    11/6/07 at 10:00 a.m.  The defendant is ordered
detained until further order of Court.

Docketing to mail notices.

00:08;nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|