## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 719-1 | **DATE** | 11/6/2007 |
| **CASE TITLE** |  | USA vs. Yasin Yasin | |

**DOCKET ENTRY TEXT**

Gerald Collins is granted leave to withdraw his appearance as counsel for Defendant. Michael J. Monaco is granted leave to file his appearance as retained counsel for Defendant. The Defendant waives his right to a Preliminary Examination. Enter a Finding of Probable Cause. The Defendant is ordered Bound to the District Court for further proceedings. Detention hearing held. The Defendant is ordered released. This case is ordered unsealed. *AK*

| | Courtroom Deputy Initials: | AC |
|---|---|---|