# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

YASIN YASIN

**FILED**
JN NOV 1 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**MAGISTRATE JUDGE KEYS**

## WARRANT FOR ARREST

CASE NUMBER: 07CR 719

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Yasin Yasin__
                                             Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

__Indictment   __Information   _X_ Complaint   __Order of court   __Violation Notice   __Probation Violation Petition

charging him or her with  (brief description of offense)

conspiracy to knowingly receive, possess, conceal, store, barter, sell, and dispose of goods, wares, or merchandise of the value of $5000 or more, which have crossed state lines after being stolen, unlawfully converted, or taken, knowing the same to have been stolen, unlawfully converted, in violation of Title 18 United States Code, Section 2315

in violation of Title __18__ United States Code, Section(s) __371__

Arlander Keys
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

_Arlander Keys_
Signature of Issuing Officer

November 1, 2007, Chicago, IL
Date and Location

(By) Deputy Clerk

Bail fixed at $ __5,000.00 Unsecured__ by __Magistrate Judge Keys__
                                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/1/07 | Joel C. Heffernan Special Agent | _Joel_ |
| DATE OF ARREST 11/2/07 | | |