# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 719-2 | **DATE** | 11/30/2007 |
| **CASE TITLE** | USA vs. Yasin Yasin | | |

**DOCKET ENTRY TEXT**

Government's agreed motion for an extension of time to return indictment pursuant to 18 U.S.C. §3161(h) [13] is granted. ENTER ORDER: It is hereby ordered that the time within which to file in indictment against the defendants be extended from December 1, 2007 to and including March 1, 2008.
X-T

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|