UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   07 CR 719 |
| | ) | |
| v. | ) | |
| | ) | |
| YASIN YASIN | ) | Magistrate Judge Arlander Keys |
| | ) | |

**O R D E R**

Upon the Government's Agreed Motion to Dismiss Complaint without Prejudice in the above-captioned case,

IT IS HEREBY ORDERED that the complaint in this matter is dismissed without prejudice.

ENTERED:

_____
Arlander Keys
Magistrate Judge

DATED: March ___, 2008