UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   07 CR 719 |
| | ) | |
| v. | ) | |
| | ) | |
| YASIN YASIN | ) | Magistrate Judge Arlander Keys |
| | ) | |

## NOTICE OF MOTION

To:   Michael J. Monico
      Attorney for YASIN YASIN
      53 W. Jackson Blvd. Suite 1750
      Chicago, Illinois 60604

Please take notice that on this 29th day of November, 2007, the undersigned filed the following documents in the above-captioned matter, a copy of which attached hereto: **GOVERNMENT'S AGREED MOTION FOR TO DISMISS COMPLAINT WITHOUT PREJUDICE**.

By:/s/ Michael J. Ferrara
      MICHAEL J. FERRARA
      Assistant United States Attorney
      U.S. Attorney's Office
      219 S. Dearborn Street
      Chicago, Illinois 60604
      (312) 886-7649