UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.    07 CR 719 |
| | ) | |
| v. | ) | |
| | ) | |
| YASIN YASIN | ) | Magistrate Judge Arlander Keys |
| | ) | |

### CERTIFICATE OF SERVICE

I, MICHAEL FERRARA, certify that on March 1, 2008, I caused the Government's Agreed Motion to Dismiss Complaint without Prejudice: (1) to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division; and (2) on March 3, 2008 caused a copy thereof mailed to:

>Michael J. Monico
>Attorney for YASIN YASIN
>53 W. Jackson Blvd. Suite 1750
>Chicago, Illinois 60604

>By: /s/ Michael J. Ferrara
>MICHAEL J. FERRARA
>Assistant United States Attorney
>U.S. Attorney's Office
>219 S. Dearborn Street
>Chicago, Illinois 60604
>(312) 886-7649