Order Form (01/2005)



## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 719-1 | **DATE** | 3/3/08 |
| **CASE TITLE** | USA vs. Yasin Yasin | | |

**DOCKET ENTRY TEXT**

The Government' *Agreed Motion to Dismiss Complaint without Prejudice* As to Yasin Yasin is granted (#17).

See attached oder for further detail

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|