

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA          )     No.     07 CR 719
                                  )
              v.                  )
                                  )
YASIN YASIN                       )     Magistrate Judge Arlander Keys
                                  )


## O R D E R

Upon the Government's Agreed Motion to Dismiss Complaint without Prejudice in the above-captioned case,

IT IS HEREBY ORDERED that the complaint in this matter is dismissed without prejudice.

ENTERED:

Arlander Keys
Magistrate Judge


DATED: March 3, 2008